UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. CR 11-0444 WHA |
|        Plaintiff,                        ) | |
|                v.                           ) | **STIPULATION AND ORDER EXCLUDING TIME UNDER** |
| MARIO GONZALEZ-BELTRAN,   ) | **18 U.S.C. § 3161** |
|        Defendant.                       ) | |

    The defendant appeared for his first status conference before this Court on July 19, 2011. A copy of the discovery was presented to Mr. Gonzalez-Beltran. Defense counsel needs additional time to review the discovery with Mr. Gonzalez-Beltran. Defense counsel will also be unavailable due to a prior appointment. The parties have agreed to exclude the period of time between July 19, 2011 to August 30, 2011, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation and continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that good cause exists, and that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent with this

STIPULATION & ORDER EXCLUDING TIME

agreement.

SO STIPULATED:

                                      MELINDA HAAG
                                      United States Attorney

DATED: August 12, 2011        _____/s/_____
                                      SUSAN PHAN
                                      Special Assistant U.S. Attorney

DATED: August 12, 2011        _____/s/_____
                                      RONALD TYLER
                                      Attorney for Mario Gonzalez-Beltran

     For the reasons stated above at the July 19, 2011 status conference, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from July 19, 2011 to August 30, 2011 is warranted and that good cause exists, and the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

   IT IS SO ORDERED.

DATED: August 15, 2011.        _____
                                     William Alsup
                                     United States District Judge