1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   SUSAN PHAN (CABN 241637)
5  Special Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
7      Telephone: (415) 436-7200
       Facsimile: (415) 436-7234
8      E-Mail: Susan.Phan@usdoj.gov

9  Attorneys for the United States of America

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,        )   No. CR 11-0444 WHA
                                      )
15 |     Plaintiff,                   )
                                      )
16 |     v.                           )   **STIPULATION AND [PROPOSED]**
                                      )   **ORDER EXCLUDING TIME UNDER 18**
17 | MARIO GONZALEZ-BELTRAN,          )   **U.S.C. § 3161**
                                      )
18 |     Defendant.                   )
                                      )
19 |_____)

20
           The defendant appeared for his second status conference before this Court on August 30,
21
   2011.  Defense counsel requested a pre-plea Pre-Sentencing Report (PSR) for Mr. Gonzalez-
22
   Beltran. Defense counsel represented that the pre-plea PSR will aid Mr. Gonzalez-Beltran's
23
   understanding of the potential sentence he may face in this case.  The Government did not object
24
   to this request.  The parties have agreed to exclude the period of time between August 30, 2011
25
   to October 18, 2011, from any time limits applicable under 18 U.S.C. § 3161.  The parties
26
   represented that granting the exclusion would allow the reasonable time necessary for effective
27
   preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that good
28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0444 WHA

1 cause exists, and that the ends of justice served by granting such an exclusion of time outweigh
2 the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  At
3 the hearing, the Court made findings consistent with this agreement.
4 SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: September 1, 2011          _____/s/_____
SUSAN PHAN
Special Assistant U.S. Attorney

DATED: September 1, 2011          _____/s/_____
RONALD TYLER
Attorney for MARIO RODRIGUEZ-BAILON

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0444 WHA

1 <center>[PROPOSED] ORDER</center>

2   For the reasons stated above at the August 30, 2011 status conference, the Court finds
3 that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from
4 August 30, 2011 to October 18, 2011 is warranted and that good cause exists, and the ends of
5 justice served by the continuance outweigh the best interests of the public and the defendant in a
6 speedy trial.  18 U.S.C. §3161(h)(7)(A).

7

8   IT IS SO ORDERED.

9

10 DATED: September 8, 2011.                                   _____
                                                              WILLIAM H. ALSUP
11                                                            United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0444 WHA