GEOFFREY A. HANSEN
Acting Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0444 WHA |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING SENTENCING |
| ) | HEARING FROM FEBRUARY 6, 2012, |
| MARIO GONZALEZ BELTRAN, ) | TO FEBRUARY 14, 2012 |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION**

The parties agree to continue the sentencing hearing in the above-captioned matter from February 6, 2012 until February 14, 2012 at 2:00 p.m. Defense counsel is unavailable on the presently set date. Both parties and the probation officer are available on the requested date.

It is so stipulated.

//

//

//

//

[PROPOSED] ORDER CONTINUING HEARING
CR 11-0444 WHA

1 | DATED:  2/1/2012            ____/s/_____
2 |                             RONALD C. TYLER
  |                             Assistant Federal Public Defender
3 |                             Counsel for Mario Gonzalez Beltran

4 | DATED:  2/1/2012            ____/s/_____
  |                             MARK KANG
5 |                             Special Assistant United States Attorney

6

7                                    **ORDER**

8   The sentencing hearing in this matter is continued from February 6, 2012 until February 14,

9 2012 at 2:00 p.m.

10
   IT IS SO ORDERED.
11

12
   DATED:  February 2, 2012.
13                                         _____
                                              William Alsup
14                                             UNITED STATES DISTRICT JUDGE

15

16

17

...

28

[PROPOSED] ORDER CONTINUING HEARING
CR 11-0444 WHA                          -2-