IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO GONZALEZ-BELTRAN,<br><br>Defendant.<br>_____ / | No. CR 11-00444 WHA<br><br>**ORDER TO SHOW CAUSE; DENYING REQUEST TO APPOINT COUNSEL; DENYING AS MOOT APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Defendant, proceeding pro se, has moved to vacate, set aside, or correct his sentence. The motion and case files do not "conclusively show" that defendant is not entitled to relief. 28 U.S.C. 2255. The government is ordered to show cause within **60 DAYS** why the motion should not be granted, if that is its position, and to file then all portions of the record relevant to the motion. If the government opposes the motion, defendant shall have **30 DAYS** from submission of the opposition to reply. The Clerk shall serve this order on defendant and the United States.

Defendant has requested appointment of counsel in connection with his Section 2255 motion (Dkt. Nos. 38 and 39). The Sixth Amendment right to counsel does not apply in habeas corpus actions. *See Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986), *cert. denied*, 479 U.S. 867 (1986). Nevertheless, a district court may appoint counsel to represent a habeas or Section 2255 petitioner when "the court determines that the interests of justice so require . . . ." 18 U.S.C. 3006A(a)(2)(B); *see also* 28 U.S.C. 2255(g). The question of whether or not to appoint counsel in Section 2255 motions is a matter left to the judge's discretion. *Knaubert*, 791

1  F.2d at 728. Petitioner has presented his claims adequately in the petition, and they are not
2  particularly complex. The interests of justice do not require appointment of counsel at this stage
3  of the case. The motion for appointment of counsel is **DENIED**.
4  Finally, defendant has filed an application to proceed in forma pauperis. Defendant,
5  however, is not required to pay a filing fee to file his Section 2255 motion. The motion to
6  proceed in forma pauperis is therefore **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: March 8, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2